JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CAMIL KREIT,

      Plaintiff,

  v.

ACER CAPITAL GROUP INC. *et al.*,

      Defendants.

Case No.: SACV 15-01881-CJC(KESx)

JUDGMENT

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Camil Kreit and against Defendants ACG Capital Group, LLC, Acer Capital Group, Inc., Acer Capital Group, LLC, Paul Garcia, Caliber Partnership I, LLC, Caliber Medical Partners II, LLC, Caliber Capital Management, LLC, and Richard Woods, in accordance with the terms of the Court's Order granting Plaintiff's motion for default judgment. The Court AWARDS Plaintiff $250,000 in damages and $500,000 in exemplary damages.

DATED:    June 1, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE