| | |
|---|---|
| Case No. 8:15-cv-01881-CJC-KESx | Date: September 13, 2019 |

Title: DR. CAMIL KREIT v. ACER CAPITAL GROUP INC., et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE Why Richard Woods Should Not Be Sanctioned for Failing to Appear for Judgment Debtor Examination**

In June 2017, the Court entered a money judgment in favor of Plaintiff Camil Kreit ("Judgment Creditor") and against Defendants including Richard Woods ("Judgment Debtor"). (Dkt. 67.) The judgment against Judgment Debtor was based on default. (Dkt. 37.)

In May 2017, attorney Jaclyn Carney filed a "Notice of Change of Attorney Business or Contact Information" identifying herself as counsel for all Defendants. (Dkt. 62.) She specifically identified herself as counsel of record for Richard Woods. (Dkt. 63.) She later moved to withdraw, however, explaining that she had dealt only with Defendant Garcia who falsely represented that he was authorized to retain counsel to represent the other Defendants, including Judgment Debtor. (Dkt. 65 at 12.) Her motion to withdraw was granted. (Dkt. 68.) Thus, neither Judgment Debtor nor a lawyer authorized to represent Judgment Debtor has ever appeared in this lawsuit.

On August 16, 2019, the Court ordered Judgment Debtor to appear at the Ronald Reagan Federal Courthouse located at 411 W. Fourth Street in Santa Ana, California, on September 10, 2019, at 10:00 a.m., for a judgment debtor examination. (Dkt. 84 [the "Order to

Appear"].)  Judgment Creditor filed a "proof of service" declaration establishing that the Order to Appear was personally served on Judgment Debtor on August 21, 2019.  (Dkt. 89.)

When the Court called the case on September 10, 2019, at 10:54 a.m., counsel for Judgment Creditor was present, but Judgment Debtor was not present.  Counsel advised the court that although Judgment Debtor knew counsel's contact information, Judgment Debtor had not contacted counsel to reschedule or otherwise object to the judgment debtor examination.[1]

"[A]n individual … may be served in a judicial district of the United States by … following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made[.]"  Fed. R. Civ. P. 4(e)(1).  "California Civil Procedure Code § 415.40 allows the service of a person outside the state by mailing the summons 'to the person to be served' by firstclass mail, return receipt requested."  Azzawi v. Kellogg Brown & Root, 2015 U.S. Dist. LEXIS 145116 at *5 (E.D. Cal. Oct. 26, 2015).

Judgment Creditor shall mail this Order to Show Cause ("OSC") via first class mail, return receipt requested, to Judgment Debtor at the following address:  Mr. Richard Woods, 140 Jellico Circle, Southlake, TX 76092.  Judgment Creditor shall then file a Notice of Mail Receipt identifying the date when the OSC was received at this address, per the return receipt.

**Within thirty (30) days of receiving the OSC via mail**, Judgment Debtor shall show cause in writing, if any he has, why he should not be sanctioned (monetarily or in some other way) for failing to comply with the Order to Appear.  His response should address (1) whether/when he contacted counsel for Judgment Creditor, Mr. L. Richard Walton, and (2) whether/when he arranged with Mr. Walton to appear in Santa Ana for a Judgment Debtor examination.  Judgment Debtor may mail his written response bearing the case number to the Court at the following address: United States District Court, Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, CA 92701-4516.

If Judgment Debtor fails to timely respond to this OSC, then the Court may impose sanctions including monetary sanctions, referring Judgment Debtor for contempt proceedings, and/or issuing a bench warrant for Judgment Debtor's arrest to secure his attendance at a judgment debtor's examination.

                                        Initials of Deputy Clerk JD

---

[1] Mr. Walton's contact information is as follows:  Walton & Walton, LLP, 4640 Admiralty Way, 5th Floor, Marina del Rey, California 90292; rwalton@taxtriallawyers.com; telephone: (310) 496-5835.