# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 8:15-cv-01881-CJC-KESx                                    Date: December 3, 2019

Title: DR. CAMIL KREIT v. ACER CAPITAL GROUP INC., et al.

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** Order Re: Judgment Debtor Richard Woods' Failure to Respond to the Order to Show Cause (Dkt. 91)

On September 13, 2019, the Court issued an Order to Show Cause (the "OSC") why Judgment Debtor Richard Woods ("Judgment Debtor") should not be sanctioned for failing to comply with the Court's Order to Appear (Dkt. 84). (Dkt. 91.) Plaintiff Camil Kreit ("Judgment Creditor") was instructed to serve Judgment Debtor by mailing a copy of the OSC via first class mail to Judgment Debtor at 140 Jellico Circle, Southlake, TX 76092. (Id.)

On November 25, 2019, the OSC that the Court mailed to Judgment Debtor was returned as undeliverable. (Dkt. 96.)

In the event Judgment Debtor was served with the OSC but failed to timely respond, the OSC contemplated the possibility of monetary sanctions, referring Judgment Debtor for contempt proceedings, and/or issuing a bench warrant for Judgment Debtor's arrest in order to secure his attendance at a judgment debtor's examination. (Dkt. 91.) The Court therefore invites Judgment Creditor to submit briefing **on or before December 17, 2019**, providing a status report and describing what steps Judgment Creditor requests the Court take next, if any, including support for that position.

Initials of Deputy Clerk JD